Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number:             (619) 233-7770
Office Fax Number:        (619) 297-1022

*Attorneys for Plaintiff*
Jacqueline Paterno

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacqueline Paterno,<br><br>Plaintiff,<br><br>v.<br><br>Windham Professionals, Inc.,<br><br>Defendant. | **Case No.: 16-CV-0610-L-KSC**<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//
//

1    NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.
2 The Plaintiff anticipates filing a Request for dismissal of this action in its
3 entirety with prejudice within 45 days. Plaintiff requests that all pending dates
4 and filing requirements be vacated and that the Court set a deadline on or after
5 October 24, 2016 for filing a request for dismissal.

6

7 Respectfully submitted,

8

9 Date:  September 8, 2016                          **HYDE & SWIGART**

10

11                          By:  s/ Jessica R. K. Dorman
12                                 Jessica R. K. Dorman
                                      *Attorneys for Plaintiff*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28