UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE PATERNO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WINDHAM PROFESSIONALS, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.:  3:16-cv-00610-L-KSC<br><br>**ORDER OF DISMISSAL** |

　　　Pursuant to the Parties' Joint Motion [Doc. 17] to Dismiss under Fed. R. Civ. P. 41(a)(1), the Court hereby dismisses the Complaint with prejudice.  Each party to bear their own costs.

Dated:  September 20, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　　United States District Judge